IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01109–EWN–MJW

DAVID PIGFORD,

    Applicant,

v.

Warden Mr. RON LEYBA and
The Attorney General of the State of
Colorado, JOHN W. SUTHERS,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" filed January 12, 2006.  No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is DENIED as untimely.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge